**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN D. MARTIN, SB# 188744
  Email: Jonathan.Martin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant ZOOMDATA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN FOX,<br><br>             Plaintiff,<br><br>     vs.<br><br>ZOOMDATA, INC., a Delaware Corporation, and DOES 1, 25,<br><br>             Defendants. | CASE NO.<br><br>**DEFENDANT ZOOMDATA, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the following have an interest in the outcome of this case:

   1.   Logi Analytics, Inc.

   2.   Marlin Equity Partners

DATED: February 27, 2020                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By: */s/ Jonathan D. Martin*
                                        Jonathan D. Martin
                                        Attorneys for Defendant ZOOMDATA, INC.

4825-6607-5061.1

1

DEFENDANT ZOOMDATA, INC.'S CERTIFICATE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**
*Fox v. Zoomdata, Inc., et al.*
USDC-ND, _____, Division, Case No. _____

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 27, 2020, I served the following document:

**DEFENDANT ZOOMDATA, INC.'S CERTIFICATE OF INTERESTED PARTIES**

I served the document on the following person at the following address (including a fax number and email address, if applicable):

| | |
|---|---|
| Michael A. Aparicio, Esq.<br>Aparicio Law Firm<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105 | Tel.: 415.429.0810<br>Email: mike@apariciolawfirm.com |

The document was served by the following means:

☒ **(BY CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system.

☒ **(BY U.S. MAIL)** I enclosed the document in a sealed envelope or package addressed to the person at the address listed above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 27, 2020              */s/ B. Yasinah Johnson*
                                      B. Yasinah Johnson

4825-6607-5061.1