Michael A. Aparicio (CA State Bar No. 206300)
APARICIO LAW FIRM
201 Spear Street, Suite 1100
San Francisco, CA 94015
Telephone:   (415) 429-0810
Email:       mike@apariciolawfirm.com

Attorneys for
PLAINTIFF Dean Fox

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Dean Fox, | Case No. 4:20-cv-01463-JSW |
|---|---|
| Plaintiff, | **PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| v. | |
| Zoomdata, Inc., a Delaware Corporation, and DOES 1-25 | |
| Defendants. | Action Filed:  12/02/2019<br>Trial Date:    TBD |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 38 and this Court's Civil Local Rule 3-7, Plaintiff Dean Fox hereby demands a trial by jury of all issues so triable.  Plaintiff included a demand in his original Complaint filed in the California state court.  Plaintiff hereby renews his jury demand as required under Rule 38, for the absence of doubt.

DATED: March 12, 2020                    Respectfully submitted,

                                         */S/ Michael A. Aparicio*

                                         Michael A. Aparicio
                                         APARICIO LAW FIRM

                                         Attorneys for PLAINTIFF Dean Fox

**CERTIFICATE OF SERVICE**
*Fox v. Zoomdata, Inc.*

I, Michael A. Aparicio, am over the age of 18 and not a party to the within action. My business address is 201 Spear Street, Suite 1100, San Francisco, CA 94105. My eService address is service@apariciolawfirm.com.

On March 12, 2020, I served the following documents described as:

- **PLAINTIFF'S DEMAND FOR JURY TRIAL**

on all interested parties in this action by the method indicated below and to the following addresses:

Jonathan D. Martin
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bust Street, Suite 1100
San Francisco, CA 94104-2872

Jonathan.Martin@lewisbrisbois.com
Fax: 415.434.0882

Attorneys for Defendant Zoomdata, Inc.

**[ X ] BY eSERVICE** –I electronically served the document(s) described above on the recipients described above pursuant to an express agreement between the parties to accept service by electronic delivery (e-mail).

**[ ] BY CM/ECF SYSTEM–** Pursuant to Local Rule, I electronically filed the document the Clerk of the Court using the CM/ECF system.

**[ X ] BY MAIL** - I enclosed the document(s) described above in a sealed envelope or package addressed to the person at the address listed above and personally placed the envelope or package with the United States Postal Service with the postage fully prepaid.

**[ ] BY MAIL** - I enclosed the document(s) described above in a sealed envelope or package addressed to the person at the address listed above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that the correspondence is prepared for collection and mailing it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with the postage fully prepaid.

**[ ] BY PERSONAL SERVICE** - I personally delivered the document(s) described above to the address listed above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 12, 2020

By: */S/ Michael A. Aparicio*
     Michael A. Aparicio

- 2