Michael A. Aparicio (CA State Bar No. 206300)
APARICIO LAW FIRM
201 Spear Street, Suite 1100
San Francisco, CA 94015
Telephone:   (415) 429-0810
Email:        mike@apariciolawfirm.com

Attorneys for
PLAINTIFF Dean Fox

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean Fox,<br><br>            Plaintiff,<br><br>      v.<br><br>Zoomdata, Inc., a Delaware Corporation, and DOES 1-25<br><br>            Defendants. | Case No. 4:20-cv-01463-JSW<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES [CIV. L.R. 3-15]**<br><br><br>Action Filed:   12/02/2019<br>Trial Date:      TBD |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named plaintiff, Plaintiff has no interest to report.

DATED: March 12, 2020                    Respectfully submitted,

*/S/ Michael A. Aparicio*

Michael A. Aparicio
APARICIO LAW FIRM

Attorneys for PLAINTIFF Dean Fox

1

PLAINTIFF'S CERT. INTERESTED PARTIES
Case No. 4:20-cv-01463-JSW

**CERTIFICATE OF SERVICE**
*Fox v. Zoomdata, Inc.*

I, Michael A. Aparicio, am over the age of 18 and not a party to the within action. My business address is 201 Spear Street, Suite 1100, San Francisco, CA 94105. My eService address is service@apariciolawfirm.com.

On March 12, 2020, I served the following documents described as:

- **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES [CIV. L.R. 3-15]**

on all interested parties in this action by the method indicated below and to the following addresses:

> Jonathan D. Martin
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 333 Bust Street, Suite 1100
> San Francisco, CA 94104-2872
>
> Jonathan.Martin@lewisbrisbois.com
> Fax:  415.434.0882
>
> Attorneys for Defendant Zoomdata, Inc.

**[ X ] BY eSERVICE** –I electronically served the document(s) described above on the recipients described above pursuant to an express agreement between the parties to accept service by electronic delivery (e-mail).

**[  ] BY CM/ECF SYSTEM–** Pursuant to Local Rule, I electronically filed the document the Clerk of the Court using the CM/ECF system.

**[ X ] BY MAIL** - I enclosed the document(s) described above in a sealed envelope or package addressed to the person at the address listed above and personally placed the envelope or package with the United States Postal Service with the postage fully prepaid.

**[  ] BY MAIL** - I enclosed the document(s) described above in a sealed envelope or package addressed to the person at the address listed above and placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that the correspondence is prepared for collection and mailing it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with the postage fully prepaid.

**[  ] BY PERSONAL SERVICE** - I personally delivered the document(s) described above to the address listed above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on March 12, 2020

By: */S/ Michael A. Aparicio*
       Michael A. Aparicio

- 2