Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAN FOX,

Plaintiff(s)

v.

ZOOMDATA, INC.,

Defendant(s)

Case No. C 20-01463 JSW

REQUEST FOR ADR PHONE CONFERENCE

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: June 5, 2020.

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Michael A. Aparicio for Plaintiff | (415) 429-0810; mike@apariciolawfirm.com |
| Jonathan D. Martin for Defendant | (415) 262-8512; jonathan.martin@lewisbrisbois.com |
|  |  |
|  |  |

*ADR Local Rule 3-6(a) requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: May 18, 2020          Signed: s/ Michael A. Aparicio
                                    Attorney for Plaintiff

Date: May 18, 2020          Signed: s/ Jonathan D. Martin
                                    Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Request for ADR Phone Conference."

*Form ADR-TC rev. 5-1-2018*