# CERTIFICATE OF SERVICE
*Fox v. Zoomdata, Inc.*

I, Michael A. Aparicio, am over the age of 18 and not a party to the within action. My business address is 201 Spear Street, Suite 1100, San Francisco, CA 94105. My eService address is service@apariciolawfirm.com.

On March 16, 2020, I served the following documents described as

- **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on all interested parties in this action by the method indicated below and to the following addresses:

> Jonathan D. Martin
> LEWIS BRISBOIC BISGAARD & SMITH LLP
> 333 Bust Street, Suite 1100
> San Francisco, CA 94104-2872
>
> Jonathan.Martin@lewisbrisbois.com
> Fax: 415.434.0882
>
> Attorneys for Defendant Zoomdata, Inc.

[ ] **BY eSERVICE** – I electronically served the document(s) described above on the recipients described above pursuant to an express agreement between the parties to accept service by electronic delivery (e-mail).

[ ] **BY CM/ECF SYSTEM** – Pursuant to Local Rule, I electronically filed the document the Clerk of the Court using the CM/ECF system.

[ X ] **BY MAIL** - I enclosed the document(s) described above in a sealed envelope or package addressed to the person at the address listed above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that the correspondence is prepared for collection and mailing it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with the postage fully prepaid.

[ ] **BY PERSONAL SERVICE** - I personally delivered the document(s) described above to the address listed above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 16, 2020

By: _____
    Michael A. Aparicio

- 2