UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN FOX,<br><br>        Plaintiff,<br><br>v.<br><br>ZOOMDATA, INC.,<br><br>        Defendant. | Case No. 20-cv-01463-JSW<br><br>**ORDER SETTING PRETRIAL AND TRIAL SCHEDULE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

This matter is scheduled for an initial case management conference on June 5, 2020. The Court has received and considered the parties' joint case management conference statement, and it HEREBY VACATES the case management conference. IT IS HEREBY ORDERED that the joint case management statement is adopted, except as expressly modified by this Order.

It is FURTHER ORDERED as follows:

**A.    DATES**

Trial Date: Monday, October 4, 2021, at 8:00 a.m.

Jury Selection: Wednesday, September 29, 2021 at 8:00 a.m.

Pretrial Conference: September 13, 2021, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, April 9, 2021, 9:00 a.m.

It is FURTHER ORDERED the parties SHALL follow this Court's Guidelines for Civil Jury Trials, which sets forth the deadlines for all pretrial filings, including the exchange of and filing of motions in limine.

The parties are reminded that they shall each be allowed to file ONE motion for summary

judgment. Should the parties file cross-motions for summary judgment, they shall meet and confer to determine the order of filing and only submit four briefs to the Court for its review:

1. Opening summary judgment motion;
2. Opposition and cross-motion;
3. Reply to motion and opposition to cross-motion;
4. Reply to cross-motion (filed at least two weeks prior to hearing).

## B. DISCOVERY

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of nonexpert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

If the parties have discovery disputes, they shall follow the procedures set forth in this Court's Civil Standing Orders, and the Court reserves the right to refer discovery disputes to a randomly assigned Magistrate Judge. This includes any disputes about whether the parties should be able to participate in discovery before Defendant's anticipated motion for summary judgment.

## C. ALTERNATIVE DISPUTE RESOLUTION

The parties state that they have agreed to court-sponsored mediation after initial discovery is completed. The parties are HEREBY REFERRED to a randomly-assigned Magistrate Judge to conduct a settlement conference to be completed by no later than September 25, 2020.

## D. PROCEDURE FOR AMENDING THIS ORDER

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-1 upon a showing of very good cause. A motion may take the form of a stipulation and proposed order pursuant to Civil Local Rule. 7-1(a)(5) and Civil Local Rule 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order. If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline. A conflict with a court date set after the date of this order does not constitute good cause.

1  The parties are advised that if they stipulate to a change in the discovery schedule, they do so at
2  their own risk.
3      The only discovery schedule that the Court will enforce is the one set in this order.
4  Additionally, briefing schedules that are specifically set by the Court may not be altered by
5  stipulation without a Court order; rather the parties must obtain leave of Court.
6      **IT IS SO ORDERED.**
7  Dated: June 1, 2020

                                      JEFFREY S. WHITE
                                      United States District Judge

12  cc:  Magistrate Judge Referral Clerk