# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 20-cv-01463-JSW (JCS)

**Case Name:** Fox v. Zoomdata, Inc.

**Date:** June 5, 2020  **Time:** 30 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Michael Aparicio
**Attorney for Defendant:** Jonathan Martin

## PROCEEDINGS

( )  Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )  Further Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X)  Zoom Scheduling Conference to set Settlement Conference - Held

( )  Further Telephonic Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Status Conference

( )  Other

**Notes:** Zoom settlement conference set for 9/10/2020 at 10:00 AM. Court to issue Settlement Conference Order.