**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
JONATHAN D. MARTIN, SB# 188744
  E-Mail: Jonathan.Martin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant ZOOMDATA, INC.

**APARICIO LAW FIRM**
MICHAEL A. APARICIO, SB# 206300
  E-Mail: mike@apariciolawfirm.com
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel. & Fax: 415.429.0810

Attorneys for Plaintiff DEAN FOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEAN FOX, <br><br> Plaintiff, <br><br> vs. <br><br> ZOOMDATA, INC., a Delaware Corporation, and DOES 1-25, <br><br> Defendant. | CASE NO. 4:20cv-01463-JSW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> Trial Date:   None Set |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THROUGH COUNSEL OF RECORD, that this case be dismissed in its entirety with prejudice



4821-3737-9264.1      1      Case No. 4:20cv-01463-JSW
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: July 27, 2020                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Jonathan D. Martin*
Joseph R. Lordan
Jonathan D. Martin
Attorneys for Defendant ZOOMDATA, INC.

DATED: July 27, 2020                APARICIO LAW FIRM

By:    */s/ Michael A. Aparicio*
Michael A. Aparicio
Attorneys for Plaintiff DEAN FOX

**FILER'S ATTESTATION**

I, Jonathan D. Martin, am the ECF user whose identification and password are being used to file this STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: July 27, 2020                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Jonathan D. Martin*
Joseph R. Lordan
Jonathan D. Martin
Attorneys for Defendant ZOOMDATA, INC.